UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PATRICK D. WILSON,

    *Plaintiff,*  Case No. 1:25-cv-10483

v.  Honorable Thomas L. Ludington
United States District Judge

C. STEWART AND TRINE,

    Honorable Patricia T. Morris
    *Defendants.*  United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING
PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

On February 19, 2025, Plaintiff Patrick D. Wilson, a prisoner at Cooper Correctional Facility in Jackson, Michigan, filed a *pro se* Complaint, alleging that Defendants Mrs. C. Stewart and Ms. Trine failed to provide special accommodations for a medical need, which led to Plaintiff's fall and further injury. ECF No. 1. On February 26, 2025, Plaintiff's Application to Proceed *in forma pauperis* was granted, and the case was stayed as Plaintiff participated in the Sixth Circuit's Pro Se Prisoner Early Mediation Program. ECF Nos. 5; 6. But mediation proved unsuccessful, so the stay was lifted. ECF No. 10. On June 20, 2025, the United States Marshal Service acknowledged Defendants' receipt of service. ECF No. 12. Ultimately, on July 15, 2025, Defendants waived service. ECF No. 14; 15. On July 7, 2025, the case was referred to Magistrate Judge Patricia T. Morris to resolve all pretrial matters. ECF No. 13.

On September 3, 2025, without Defendants being in default, Plaintiff moved for a default judgment. ECF No. 21. On September 11, 2025, Defendants filed a timely answer to Plaintiff's Complaint. ECF No. 22. On September 15, 2025, Judge Morris issued a report (R&R)

- 2 -

recommending that this Court deny Plaintiff's Motion for a Default Judgment, ECF No. 21, because Defendants had not defaulted. ECF No. 25.

Judge Morris gave the Parties 14 days to object, but they did not do so. They have therefore forfeited their right to appeal Judge Morris's findings. *Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). And the R&R contains no clear error. *See generally* ECF No. 25. As a result, the R&R, ECF No. 25, will be adopted, and Plaintiff's Motion for a Default Judgment, ECF No. 21, will be denied.

Accordingly, it is **ORDERED** that Magistrate Judge Patricia T. Morris's Report and Recommendation, ECF No. 25, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Motion for a Default Judgment, ECF No. 21, is **DENIED**.

**This is not a final order and does not close this case.**

Dated: October 8, 2025             s/Thomas L. Ludington
                                   THOMAS L. LUDINGTON
                                   United States District Judge