UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PATRICK D. WILSON,

    *Plaintiff*,

v.

C. STEWART and TRINE,

    *Defendants.*

                         /

Case No. 1:25-cv-10483

Thomas L. Ludington
United States District Judge

Patricia T. Morris
United States Magistrate Judge

**ORDER CONSTRUING PLAINTIFF'S FILING AS A MOTION TO AMEND (ECF No. 28) AND DIRECTING PLAINTIFF TO FILE PROPOSED AMENDED COMPLAINT**

This is a prisoner civil rights case. Plaintiff filed a document titled "First Supplemental to Add Administrative Assistant Ms. Cavill to the Above Action" on January 21, 2026. (ECF No. 28). Because Plaintiff seeks to add Administrative Assistant Cavill as a defendant, the Court construes the filing as a motion to amend the complaint.

The filing, however, consists primarily of argument and additional factual assertions and does not include a proposed amended complaint setting forth all claims Plaintiff seeks to pursue. It is thus in violation of Eastern District of Michgan Local Rule 15.1, which requires that a motion to amend be accompanied by a complete proposed amended pleading.

1

Accordingly, **IT IS ORDERED** that Plaintiff shall file a proposed amended complaint on or before **February 23, 2026**. The proposed amended complaint must be complete in itself and may not incorporate prior pleadings by reference. General requirements for pleadings follow:

**First**, Plaintiff's amended complaint must have a caption, stating the Court's name (**United States District Court, Eastern District of Michigan, Northern Division**), the document title (**Amended Complaint**), and the case number (**1:25-cv-10483**). *See Robinson v. Fifth Third Bank*, No. 1:21-CV-279, 2021 WL 5606972, at *2 (W.D. Mich. May 5, 2021) (citing Fed. R. Civ. P. 10(a)).

**Second**, that amended complaint must set out **claims for relief**.

> A pleading that states a claim for relief must contain: (1) **a short and plain statement** of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support; (2) **a short and plain statement** of the claim showing that the pleader is entitled to relief; and (3) **a demand for the relief sought**, which may include relief in the alternative or different types of relief.

*Id.* (quoting Fed. R. Civ. P. 8(a)) (emphasis added in *Robinson*).

**Third**, Plaintiff must set forth the facts supporting his claims for relief in **numbered paragraphs** with each paragraph "limited as far as practicable to a single set of circumstances." Fed. R. Civ. P. 10(b).

**Fourth**, Plaintiff "must set out the **legal or statutory authority** for each of h[is] claims." *Robinson*, at *2 (emphasis added).

Failure to comply with this Order may result in the denial of Plaintiff's request to amend.

**IT IS SO ORDERED.**

Date: January 23, 2026                                     S/ PATRICIA T. MORRIS
                                                           Patricia T. Morris
                                                           United States Magistrate Judge