**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

PATRICK D. WILSON,

   *Plaintiff,*

*v.*

C. STEWART, et al.,

   *Defendants.*

_____/

Case No. 1:25-cv-10483

David M. Lawson
United States District Judge

Patricia T. Morris
United States Magistrate Judge

### ORDER DENYING PLAINTIFF'S REQUEST FOR ANSWERS ABOUT LEGAL MAIL NOT HAVING A BAR-CODE (ECF No. 44)

Now before the Court is Plaintiff's filing titled "Requesting Some Answers About Legal Mail Coming from the Eastern District of Michigan, Not Having a Bar-Code." (ECF No. 44). Although not styled as a motion, Plaintiff requests relief from the Court concerning the handling of mail received from the Court. The Court therefore construes the filing as a motion. Plaintiff states that mail he receives from the Court is being processed as regular mail and opened outside his presence because the envelopes do not contain a TextBehind QR code. Plaintiff requests relief concerning the Court's outgoing mail procedures.

Under MDOC Policy Directive 05.03.118, mail from a court receives special handling (*i.e.*, opened and inspected for contraband but not read) only when it contains confidential, personal, or privileged material. In such circumstances,

MDOC policy states the sender should designate it as such and process it through TextBehind with a valid QR code. MDOC Policy Directive 05.03.118(LL). However, Court orders and filings are part of the public record and do not constitute confidential attorney-client communications; nor do they generally contain confidential, personal, or privileged matters. Although MDOC policy permits certain entities, including courts, to send confidential mail through TextBehind, it does not require courts to do so. Plaintiff's reliance on MDOC mail procedures does not establish a violation of his constitutional rights.

Accordingly, the Court's transmission of routine docket materials without a QR code does not render the Court's transmission improper, and the Court does not utilize the TextBehind system for outgoing correspondence. To the extent Plaintiff raises concerns regarding confidential or sensitive filings, the materials at issue to date have consisted of routine docket entries and orders. Should filings requiring restricted or sealed treatment arise, the Court will address those matters as appropriate and ensure compliance with applicable procedures.

In light of these circumstances, Plaintiff's construed motion regarding legal mail and a TextBehind QR code (ECF No. 44) is **DENIED**.

**IT IS SO ORDERED.**

Date: May 20, 2026                    S/ PATRICIA T. MORRIS
                                      Patricia T. Morris
                                      United States Magistrate Judge