UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PATRICK D. WILSON,

                Plaintiff,                Case Number 25-10483

v.                                       Honorable David M. Lawson
                                           Magistrate Judge Patricia T. Morris
C. STEWART, and TRINE,

                Defendants.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION
### AND DENYING PLAINTIFF'S MOTION TO AMEND

Presently before the Court is the report issued on June 2, 2026 by Magistrate Judge Patricia T. Morris pursuant to 28 U.S.C. § 636(b) recommending that the Court deny the plaintiff's motion for leave to file a second amended complaint.  The deadline for filing objections to the report has passed, and no objections have been filed.  The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987).  Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).  However, the Court agrees with the magistrate judge's findings and conclusions.

Accordingly, it is **ORDERED** that the report and recommendation (ECF No. 46) is **ADOPTED**, and the plaintiff's motion for leave to file a second amended complaint (ECF No. 28) is **DENIED**.

                                          s/David M. Lawson
                                          DAVID M. LAWSON
                                          United States District Judge

Dated:   June 23, 2026